UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD JOSEPH ESPEY, | No. 2:14-cv-2511 DAD P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 22, 2014, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint required to effect service on the defendants. On December 30, 2014, plaintiff submitted the completed USM-285 form for defendant Soltanian but failed to submit the completed USM-285 form for defendant Ruddas.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for defendant Ruddas required to effect service.  Failure to return the required copies within the specified time period will result in a recommendation that this action be dismissed with respect to defendant Ruddas.

Dated:  January 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/mp
espe2511.8f