UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD JOSEPH ESPEY, | No. 2:14-cv-2511 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

This civil rights action was closed on October 28, 2015, for plaintiff's failure to prosecute. On October 15, 2018, plaintiff filed a request to vacate the court order directing payment of the filing fee, which was ordered on grant of plaintiff's request to proceed in forma pauperis. (ECF No. 9.) Plaintiff so moves because the recurring deduction of his incoming funds is causing him financial hardship. Since the filing fee is required to be paid in full, see 28 U.S.C. §1915(b)(2), IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 39) is **DENIED**.

Dated: October 29, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/espe2511.ifp order

1